# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

### CIVIL ACTION NUMBER   M-05-065

ARKAN MOHAMMED ALI, ET AL          vs          RICARDO SANCHEZ

## ORDER FOR CONFERENCE
## AND
## DISCLOSURE OF INTERESTED PARTIES

1.   Counsel shall appear for an initial pretrial and scheduling conference before
     **HONORABLE RICARDO H. HINOJOSA**
     on **WEDNESDAY, MAY 11, 2005 @ 2:30 PM**
     at U. S. DISTRICT COURT
     BENTSEN TOWER, 10th FLOOR
     1701 WEST BUS. HWY. 83
     MCALLEN, TEXAS 78501

2.   Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.   If group can be specified by a general description, individual listing is not necessary.  Underline the name of each corporation whose securities are publicly traded.  If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3.   Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint.  The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4.   After the parties meet as required by Fed. R. Civ. P. Rule 26(f), counsel shall prepare and file not less than 10 days before the conference a joint report of meeting and joint discovery/case management plan containing the information required on the attached form.

5.   The court will enter a scheduling order and may rule on any pending motions at the conference.

6.   Counsel who file(s) or remove(s) an action *is responsible for providing the other parties with a copy of this order and in addition* must serve a copy of this order with the summons and complaint or with the notice of removal.

7.   Attendance by an attorney who has authority to bind the party is required at the conference.

8.   Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the court of the results of their discussions.

9.   A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

10.  Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of the Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| _____ , Plaintiff(s) | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| _____ , Defendant(s) | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f)
### FEDERAL RULES OF CIVIL PROCEDURE

*Please restate the instruction before furnishing the information.*

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

3.  Briefly describe what this case is about.

4.  Specify the allegation of federal jurisdiction.

5.  Name the parties who disagree and the reasons.

6.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

7.  List anticipated interventions.

8.  Describe class-action issues.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

10. Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).
    B.  When and to whom the plaintiff anticipates it may send interrogatories.
    C.  When and to whom the defendant anticipates it may send interrogatories.
    D.  Of whom and by when the plaintiff anticipates taking oral depositions.
    E.  Of whom and by when the defendant anticipates taking oral depositions.

    F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.
    G.  List expert depositions the plaintiff (or the party with the burden of proof on an issue)

anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

H.   List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

12.   Specify the discovery beyond initial disclosures that has been undertaken to date.

13.   State the date the planned discovery can reasonably be completed.

14.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

15.   Describe what each party has done or agreed to do to bring about a prompt resolution.

16.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

17.   Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

18.   State whether a jury demand has been made and if it was made on time.

19.   Specify the number of hours it will take to present the evidence in this case.

20.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.

21.   List other motions pending.

22.   Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

23.   Certify that all parties have field Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

24.   List the names, bar numbers, addresses and telephone numbers of all counsel.


_____        _____
Counsel for Plaintiff(s)                Date


_____        _____
Counsel for Defendant(s)                Date

United States District Court
Southern District of Texas
FILED

**5**  MAR 1 7 2005

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | |
|---|---|
| Arkan Mohammed ALI, Thahe Mohammed SABBAR, Sherzad Kamal KHALID and Ali H., | Case No. M-05-065 |
| Plaintiffs, | |
| v. | **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |
| Ricardo SANCHEZ, | |
| Defendant. | |

Pursuant to the Court's Order For Conference and Disclosure of Interested Parties,

Plaintiffs submit the following certificate.

Plaintiffs Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, and

Ali H. are all individuals. Counsel for the Plaintiffs are unaware of any associations of persons,

firms, partnerships, corporations, affiliates, parent corporations, or other entities that are

financially interested in the outcome of this litigation, other than the counsel and organizations

listed in the signature block below.

- 1 -

Dated: March _17_, 2005

Respectfully submitted,

WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal Bar No. 14992
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas  78504
Phone No. (956) 687-8700
Fax No. (956) 687-2416

LUCAS GUTTENTAG
CECILLIA WANG
American Civil Liberties Union
    Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612
(510) 625-2010

STEVEN R. SHAPIRO
OMAR JADWAT
AMRIT SINGH
American Civil Liberties Union
    Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

BILL LANN LEE
CHIMÈNE I. KEITNER
NIREJ S. SEKHON
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
(415) 956-1000

ERWIN CHEMERINSKY
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC  27707
(919) 613-7173

DAVID RUDOVSKY
Kairys, Rudovsky, Epstein & Messing LLP
924 Cherry St.
Suite 500
Philadelphia PA 19107
(215) 925-4400

PAUL HOFFMAN
Schonbrun DeSimone Seplow Harris &
    Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
(310) 396-0731

- 2 -

**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

MAR 1 8 2005

Michael N. Milby, Clerk

| McAllen | | M-05-065 |
|---|---|---|

Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, and Ali H.

Ricardo Sanchez

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



Bill Lann Lee
Lieff Cabaraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000
108452
U.S.D.C. Northern District of California

**Seeks to appear as the attorney for this party:**

| Plaintiffs | |
|---|---|
| Dated: _March 14, 2005_ | Signed: |

---

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.

_____
**United States District Judge**

SDTX (d_prohac.ord)
02/03/98

412739_1.PDF

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Bill Lann Lee, Bar No. 108452 was duly admitted to practice in said Court on June 10, 1986, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

**MAR 1 8 2005**

Michael N. Milby, Clerk

| McAllen | M-05-065 |

Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, and Ali H.

Ricardo Sanchez

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



Nirej S. Sekhon
Lieff Cabaraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000
213358
U.S.D.C. Northern District of California

**Seeks to appear as the attorney for this party:**

Plaintiffs

Dated: 3/15/05          Signed: _[signature]_

---

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.          _____
                                              **United States District Judge**

SDTX (d_prohac.ord)
02/03/98

412741_1.PDF

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Nina L. Sabban, Bar No. 213358 was duly admitted to practice in said Court on August 25, 2004, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

**United States District Court**
**Southern District of Texas**
**FILED**

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

MAR 1 8 2005

**Michael N. Milby, Clerk**

| McAllen | | M-05-065 |
|---|---|---|
| Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, and Ali H. | | |
| | | |
| Ricardo Sanchez | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



Chimene I. Keitner
Lieff Cabaraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000
226948
U.S.D.C. Northern District of California

**Seeks to appear as the attorney for this party:**

Plaintiffs

Dated: 3/10/2005   Signed: _Cl....tri_

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.   _____

                                        **United States District Judge**

SDTX (d_prohac.ord)
02/03/98

412740_1.PDF



# Certificate of Good Standing

United States of District Court    )
                                   ) ss.
Northern District of California    )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Chimene I. Keitner, Bar No. 226948 was duly admitted to practice in said Court on December 16, 2003, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

ARKAN MOHAMMED, ET AL

v.                                    CIVIL ACTION NO. 7:05cv065

RICARDO SANCHEZ

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
RE-SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW BEFORE
THE HONORABLE RICARDO H. HINOJOSA

---

### INITIAL PRE-TRIAL CONFERENCE

### TUESDAY, MAY 17, 2005 @ 2:30 P.M.
*(Previously set for May 11, 2005)*

---

PLACE:     UNITED STATES DISTRICT COURT
           BENTSEN TOWER
           1701 W. Business Hwy. 83
           10th Floor Courtroom
           McAllen, Texas  78501
           (956) 618-8065

---

                                    BY ORDER OF THE COURT


March 29, 2005                      Sylvia S. Martinez
                                    Case Manager for the Hon.
                                    RICARDO H. HINOJOSA



cc:  counsel of record
     file

AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

**5** APR 2 7 2005

Michael N. Milby, Clerk

Southern _____ District of _____ Texas

Arkan Mohammed ALI, Thahe Mohammed
SABBAR, Sherzad Kamal KHALID and Ali H.

V.

Lt. Gen Ricardo Sanchez

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **M-05-065**

TO: (Name and address of Defendant)

Lt. Gen. Ricardo Sanchez
411 W Roosevelt St.
Rio Grande City, TX 78582

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM D. MOUNT, JR.
State Bar No. 14602950
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Phone No. (956) 687-8700
Fax No. (956) 687-2416

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

(By) DEPUTY CLERK

DATE 3/1/05

8

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | APRIL 6TH, 2005 AT 10:21 A.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ~~EPSTEIN DC~~ | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: MARIA ELENA S. SANCHEZ (MOTHER)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-05
_____
Date                    Signature of Server

_____
Address of Server

[Notary stamp: EDWARD H FINK MY COMMISSION EXPIRES January 29, 2006]

Sworn and subscribed to me on this

____ day of APRIL, 2005

_____
Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | MCALLEN | Case Number | M-05-065 |
|---|---|---|---|

Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid and Ali H

*versus*

Ricardo SANCHEZ.

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| Name | Cecillia D. Wang |
|---|---|
| Firm | ACLU Foundation Immigrants' Rights Proj. |
| Street | 405 14th Street, Suite 300 |
| City & Zip Code | Oakland, CA 94612 |
| Telephone | (510) 625-2010 x 213 |
| Licensed: State & Number | California & Bar No. 187782 |
| Admitted U.S. District Court for: | N.D. Cal. |

**Seeks to appear as the attorney for this party:**

Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, Ali H.

Dated: May 3, 2005          Signed: _____

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.          _____

                                   **United States District Judge**

SDTX (d_prohac.ord)
02/03/98



# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Cecillia Wang, Bar No. 187782 was duly admitted to practice in said Court on June 19, 1998, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | MCALLEN | Case Number | M-05-065 |
|---|---|---|---|

| Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid and Ali H |
|---|

| *versus* |
|---|

| Ricardo SANCHEZ. |
|---|

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| Name Firm Street City & Zip Code Telephone Licensed: State & Number Admitted U.S. District Court for: | Lucas Guttentag<br>ACLU Foundation Immigrants' Rights Proj.<br>405 14th Street, Suite 300<br>Oakland, CA 94612<br>(510) 625-2010 x 202<br>California & Bar No. 90208<br>N.D. Cal. C.D. Cal. E.D.N.Y. S.D.N.Y. |
|---|---|

**Seeks to appear as the attorney for this party:**

| Arkan Mohammed Ali, Thahe Mohammed Sabbar, Sherzad Kamal Khalid, Ali H. |
|---|
| Dated: 5/3/05 | Signed: |

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.

_____
**United States District Judge**



# Certificate of Good Standing

United States of District Court )
                                ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Lucas Guttentag, Bar No. 90208 was duly admitted to practice in said Court on May 10, 1990, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



United States District Court
Southern District of Texas
FILED

§    MAY 2 3 2005

Michael N: Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Arkan Mohammed ALI, Thahe Mohammed
SABBAR, Sherzad Kamal KHALID, Ali H.,

    Plaintiffs,

    v.

Ricardo SANCHEZ,

    Defendant.

Case No. M-05-65

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO FILE RESPONSIVE PLEADING

Subject to his Rule 12 defenses, Defendant Lieutenant General Ricardo Sanchez hereby moves, without opposition from the Plaintiffs, for a 60-day enlargement of time to file a response to Plaintiffs' Complaint. In support of this motion, General Sanchez states the following:

1.    Plaintiffs filed this lawsuit on March 1, 2005. Their Complaint seeks both damages and declaratory relief.

2.    Plaintiffs have averred that they personally served General Sanchez on April 6, 2005.[1] Service on the Attorney General of the United States, as required by Fed. R. Civ. P. 4(i)(1)(B), was effected on March 18, 2005. Service on the United States Attorney for the Southern District of Texas, as required by Fed. R. Civ. P. 4(i)(1)(A), occurred on March 21, 2005.

3.    Under Fed. R. Civ. P. 12(a)(3), General Sanchez is required to respond to Plaintiffs' Complaint within 60 days of personal service. General Sanchez response is currently due on June 6,

---

[1] General Sanchez does not concede that personal service was proper and he reserves the right to raise all pertinent defenses at the appropriate time.

2005.

4.      On March 14, 2005, Plaintiffs filed a motion with the Judicial Panel on Multidistrict

Litigation ("JPML") requesting transfer and consolidation of this lawsuit, pursuant to 28 U.S.C. § 1407,

with three actions filed in other districts.

5.      The Department of Justice, representing General Sanchez in his official capacity, filed

an opposition to Plaintiffs' motion on April 4, 2005, and the JPML has set a hearing on Plaintiffs'

transfer motion for May 26, 2005.

6.      Because the JPML most likely will not rule on Plaintiffs' motion prior to June 6, 2005,

the Parties have agreed that General Sanchez should have an additional 60 days to respond to Plaintiffs'

Complaint.  The Parties have also agreed that General Sanchez will not file any pleadings or motions in

this case, other than the present motion, until the deadline for responding to Plaintiffs' Complaint.

For these reasons, General Sanchez respectfully requests a 60-day enlargement of time to

respond to Plaintiffs' Complaint.  A 60-day enlargement of time would require General Sanchez to

respond to Plaintiffs' Complaint on August 5, 2005.

Dated: May 20, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Deputy Assistant Attorney General

TIMOTHY P. GARREN
Director,
Torts Branch, Civil Division


J. MARCUS MEEKS
Trial Attorney
United States Dept. of Justice
Torts Branch, Civil Division
P. O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4176 (voice)
(202) 616-4314 (fax)

Attorneys for Defendant


OF COUNSEL:
Daniel David Hu
Assistant United States Attorney
Deputy Chief, Civil Division
910 Travis Street, #1500
P.O. Box 61129
Houston, TX 77208
(713) 567-9000

3

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Unopposed Motion for Enlargement of

Time to File Responsive Pleading to be served on Plaintiffs via first class mail addressed to their

attorneys as follows:

> Bill Lann Lee
> Elizabeth J. Cabraser
> Chimène I. Keitner
> Nirej S. Sekhon
> Lieff Cabraser Heimann & Bernstein LLP
> 275 Battery Street, Suite 3000
> San Francisco, CA  9411-3339

Dated: May 20, 2005

J. Marcus Meeks

**CERTIFICATE OF CONFERENCE**

On May 19, 2005, I conferred with Nirej Sekhon, counsel for the Plaintiffs, and confirmed

that Plaintiffs do not oppose the relief sought in the attached motion.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Arkan Mohammed ALI, Thahe Mohammed
SABBAR, Sherzad Kamal KHALID, Ali H.,

    Plaintiffs,

      v.

Ricardo SANCHEZ,

    Defendant.

Case No. M-05-65

## ORDER

Defendant Lieutenant General Ricardo Sanchez has moved, without opposition from the Plaintiffs, for a 60-day enlargement of time to file a response to Plaintiffs' Complaint.

Plaintiffs filed this lawsuit on March 1, 2005. Their Complaint seeks both damages and declaratory relief.

Plaintiffs have averred that they personally served Defendant on April 6, 2005. Service on the Attorney General of the United States, as required by Fed. R. Civ. P. 4(i)(1)(B), was effected on March 18, 2005. Service on the United States Attorney for the Southern District of Texas, as required by Fed. R. Civ. P. 4(i)(1)(A), occurred on March 21, 2005.

Under Fed. R. Civ. P. 12(a)(3), Defendant is required to respond to Plaintiffs' Complaint within 60 days of personal service. Defendant's response is currently due on June 6, 2005.

On March 14, 2005, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") requesting transfer and consolidation of this lawsuit, pursuant to 28 U.S.C. § 1407, with three actions filed in other districts.

The Department of Justice, representing Defendant in his official capacity, filed an opposition to Plaintiffs' motion on April 4, 2005, and the JPML has set a hearing on Plaintiffs' transfer motion for May 26, 2005.

Because the JPML most likely will not rule on Plaintiffs' motion prior to June 6, 2005, the Parties have agreed that Defendant should have an additional 60 days to respond to Plaintiffs' Complaint. The Parties have also agreed that Defendant will not file any pleadings or motions in this case, other than a motion for enlargement of time, until the deadline for responding to Plaintiffs' Complaint.

For the foregoing reasons, Defendant's Motion for Enlargement of Time to respond to Plaintiffs' Complaint is hereby GRANTED. Defendant shall respond to Plaintiffs' Complaint on August 5, 2005.

Signed on _____, 2005

_____
Honorable Ricardo H. Hinojosa
United States District Judge