IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-1380-TFH |
| ) | |
| RICARDO SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

PLEASE ENTER THE APPEARANCE of Stephen L. Braga, Mark T. Stancil, and Ryan E. Bull of Baker Botts L.L.P., as counsel in this matter for Defendant Ricardo Sanchez.

Respectfully submitted,

_____
Stephen L. Braga, DC Bar #366727
Mark T. Stancil, DC Bar #479012
Ryan E. Bull, DC Bar #481743
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-7986

Counsel for Ricardo Sanchez

October 28, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2005, I sent one copy of the foregoing Praecipe via First Class, United States Mail to the following counsel in this matter:

Bill Lann Lee, Esq.
Elizabeth J. Cabreser, Esq.
Chimene K. Keitner, Esq.
Nirej S. Sekhon, Esq.
Leiff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339

Michael L. Martinez, Esq.
Paul D. Flynn, Esq.
Matthew F. Scarlato, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595

Marcus Meeks, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044

Lucas Guttentag, Esq.
Cecillia Wang, Esq.
American Civil Liberties Union Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C. 20004

_____
Ryan E. Bull