UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ARKAN MOHAMED ALI, *et al.*,

            Plaintiffs,

    v.                                        No. 05-cv-1377 (TFH)

THOMAS PAPPAS,

            Defendant.

_____

ARKAN MOHAMED ALI, *et al.*,

            Plaintiffs,

    v.                                        No. 05-cv-1378 (TFH)

DONALD H. RUMSFELD,

            Defendant.

_____

ARKAN MOHAMED ALI, *et al.*,

            Plaintiffs,

    v.                                        No. 05-cv-1379 (TFH)

JANIS KARPINSKI,

            Defendant.

_____

ARKAN MOHAMED ALI, *et al.*,

            Plaintiffs,

    v.                                        No. 05-cv-1380 (TFH)

RICARDO SANCHEZ,

            Defendant.

_____

**ORDER**

Upon consideration of the parties' Joint Motion for An Extension of Time for

Defendants to Respond to a Consolidated Amended Complaint, it is hereby

491110.4

ORDERED that Plaintiffs' Consolidated Amended Complaint may be filed on or before January 5, 2006, that Defendants' responses to the Consolidated Amended Complaint shall be filed on or before March 6, 2006, and that a scheduling conference shall be held on March ___, 2006 at _____ in Courtroom 25.  The due dates for any submissions necessitated by the Defendants' responses shall be set at the status conference.  It is further

ORDERED that the scheduling conference currently scheduled for January 31, 2005 at 10:30 a.m. is hereby cancelled.


Dated: December _____, 2005


_____
Thomas F. Hogan
Chief Judge
United States District Court