UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | ) ) ) |
| ARKAN MOHAMMED ALI, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>RICARDO S. SANCHEZ,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 05-1380-TFH |

EXHIBIT A

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF LIEUTENANT GENERAL RICARDO SANCHEZ'S MOTION TO
DISMISS AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | |
| Arkan Mohammed ALI, et al., <br><br> Plaintiffs, <br> v. <br><br> Ricardo SANCHEZ <br><br> Defendant. | Civ. No. 05-1380 (TFH) |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Timothy P. Garren, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 (2004), hereby certify that I have read the consolidated amended complaint in this case. On the basis of the information now available, I find that at the time of the conduct alleged in the complaint the individual defendant, Lieutenant General Ricardo Sanchez, was acting within the scope of his employment as an employee of the United States.

Dated: March 1, 2006

_____
TIMOTHY P. GARREN
Director
Torts Branch, Civil Division
U.S. Department of Justice