UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | ) ) ) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICARDO SANCHEZ,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 05-1380-TFH |

## FINAL ORDER OF DISMISSAL

This matter came before the Court pursuant to Lieutenant General Ricardo Sanchez's Motion to Dismiss Amended Complaint (the "Motion"). The parties' having fully briefed the issues, and, upon consideration by the Court of the arguments by the parties, it is hereby **ORDERED** this ____ day of _____, 2006, that the Motion is **GRANTED** in its entirety.

It is further **ORDERED** that all claims against Lieutenant General Ricardo Sanchez arising out of the Plaintiffs' Consolidated Amended Complaint are dismissed with prejudice. The Court shall enter a corresponding final judgment.

**SO ORDERED.**

_____
Chief Judge Thomas F. Hogan
U.S.D.C., District of Columbia