UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br>     Plaintiffs, <br> v. <br> THOMAS PAPPAS, <br>     Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br>     Plaintiffs, <br> v. <br> DONALD H. RUMSFELD, <br>     Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br>     Plaintiffs, <br> v. <br> JANIS KARPINSKI, <br>     Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br>     Plaintiffs, <br> v. <br> RICARDO SANCHEZ, <br>     Defendant. | No. 05-cv-1380 (TFH) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

On March 6, 2006, each defendant filed a motion to dismiss the Amended Complaint. The parties now jointly move, pursuant to Fed. R. Civ. P. 6(b), that the Court enter an order providing that the plaintiffs' opposition to those motions be filed on or

before May 19, 2006, and that the defendants' replies be filed on or before June 19, 2006.

A proposed order is filed herewith.

                                       Respectfully submitted,

                                       /s/
                               _____
                               Arthur B. Spitzer
                                 D.C. Bar No. 235960
                               American Civil Liberties Union
                                 of the National Capital Area
                               1400  20th Street, N.W., Suite 119
                               Washington, D.C. 20036
                               (202) 457-0800

                               Counsel for Plaintiffs


                                       /s/
                               _____
                               J. Marcus Meeks
                                 D.C. Bar No. 472072
                               United States Department of Justice
                               Torts Branch, Civil Division
                               P.O. Box 7146
                               Ben Franklin Station
                               Washington D.C. 20044
                               Telephone:  (202) 616-4176

                               Counsel for Defendant Donald Rumsfeld


                                       /s/
                               _____
                               Mark E. Nagle
                                 D.C. Bar No. 416364
                               Troutman Sanders LLP
                               401 Ninth Street, NW, Suite 1000
                               Washington, D.C. 20004-2134
                               Telephone:  (202) 274-2950

                               Counsel for Defendant Thomas Pappas

        /s/
      _____
      Michael L. Martinez
       D.C. Bar No. 347310
      Crowell & Moring LLP
      1001 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004-2595
      Telephone:  (202) 624-2945

      Counsel for Defendant Janis Karpinski


        /s/
      _____
      Stephen L. Braga
       D.C. Bar No. 366727
      Baker Botts LLP
      1299 Pennsylvania Ave., NW
      Washington D.C. 20004
      Telephone:  (202) 639-7704

      Counsel for Defendant Ricardo Sanchez

March 24, 2006