UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

IRAQ AND AFGHANISTAN
DETAINEES LITIGATION

Misc. No. 06-0145 (TFH)

This document relates to:

ALI v. PAPPAS            Civ. No. 05-1377 (TFH)
ALI v. RUMSFELD        Civ. No. 05-1378 (TFH)
ALI v. KARPINSKI        Civ. No. 05-1379 (TFH)
ALI v. SANCHEZ         Civ. No. 05-1380 (TFH)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss filed by Thomas Pappas [05-CV-1377 Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART** as moot. It is also

**ORDERED** that Defendant's and the United States' Motion to Dismiss [05-CV-1378 Doc. No. 10] is **GRANTED** in its entirety. It is also

**ORDERED** that Defendant Janis Karpinski's Motion to Dismiss [05-CV-1379 Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART** as moot. In addition, it is also

**ORDERED** that Lieutenant General Ricardo Sanchez's Motion to Dismiss Amended Complaint [05-CV-1380 Doc. No. 12] is **GRANTED IN PART** and **DENIED IN PART** as moot. Accordingly, it is further

**ORDERED** that the plaintiffs' cases shall be dismissed.

**SO ORDERED.**

March 27th, 2007

*Thomas F. Hogan*
Thomas F. Hogan
Chief Judge