UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI<br>THAHE MOHAMMED SABAR<br>SHERZAD KAMAL KHALID<br>ALI H.<br>NAJEEB ABBAS AHMED<br>MEHBOOB AHMAD<br>SAID NABI SIDDIQI<br>MOHAMMED KARIM SHIRULLAH<br>HAJI ABDUL RAHMAN<br><br>      Plaintiffs,<br><br>  v.<br><br>RICARDO SANCHEZ,<br><br>      Defendant. | No. 05-cv-1380 (TFH) |

**NOTICE OF APPEAL**

Notice is hereby given, this 24th day of May, 2007, that each of the plaintiffs in this action — Arkan Mohammed Ali, Thahe Mohammed Sabar, Sherzad Kamal Khalid, Ali H., Najeeb Abbas Ahmed, Mehboob Ahmad, Said Nabi Siddiqi, Mohammed Karim Shirullah and Haji Abdul Rahman — appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order filed in this action on March 27, 2007, granting Defendant Sanchez' Motion to Dismiss in part, denying it in part as moot, and dismissing the case.

                                            Respectfully submitted,

/s/ *Lucas Guttentag*
_____
LUCAS GUTTENTAG
CECILLIA D. WANG
JENNIFER C. CHANG
MÓNICA M. RAMÍREZ
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0773

STEVEN R. SHAPIRO
OMAR C. JADWAT
AMRIT SINGH
STEVEN WATT
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

PAUL HOFFMAN
Schonbrun DeSimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
(310) 396-0731

/s/ *Arthur B. Spitzer*
_____
ARTHUR B. SPITZER
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

BILL LANN LEE
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
(510) 839-6824

CHIMÈNE I. KEITNER
NIREJ S. SEKHON
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
(415) 956-1000

DAVID RUDOVSKY
Kairys, Rudovsky, Epstein & Messing LLP
924 Cherry St., Suite 500
Philadelphia PA 19107
(215) 925-4400

ERWIN CHEMERINSKY
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC  27707
(919) 613-7173

Counsel for Plaintiffs