# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 07-7087** | **September Term, 2006** |
| | 05cv01380 |

Filed On:

Arkan Mohammed Ali, et al.,
      Appellants

v.

Ricardo Sanchez,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 0 4 2007  CLERK

FILED  JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is **ORDERED**, on the court's own motion, that the Clerk is directed to note the docket to reflect that this case is terminated as having been opened in error.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ 
Nancy G. Dunn
Deputy Clerk

*New case number 07-5187*